**ORIGINAL**

RECEIVED

JUL 1 4 2003

AT 8:30_____
WILLIAM T. WALSH
CLERK

41

KENYON & KENYON
One Broadway
New York, NY 10004-1050
(212) 425-7200

Federal Bar No. CW-2628

Attorneys for Plaintiffs,
Savient Pharmaceuticals, Inc.,
(formerly known as Bio-Technology General Corp.),
Organon (Ireland) Ltd.,
and Organon USA Inc.

FILED

JUL 1 4 2003

AT 8:30_____
WILLIAM T. WALSH
CLERK

M

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

SAVIENT PHARMACEUTICALS, INC.
(formerly known as
Bio-Technology General Corp.),
ORGANON (IRELAND) LTD., and
ORGANON USA INC.,

               Plaintiffs,

        v.

DURAMED PHARMACEUTICALS, INC., and
BARR LABORATORIES, INC.,

               Defendants.

---

Civil Action No. 00-4509-DMC

**FIRST AMENDED
COMPLAINT**

Plaintiffs Savient Pharmaceuticals Inc. ("Savient") (formerly known as Bio-Technology

General Corp.), Organon (Ireland) Ltd. ("Organon Ireland"), and Organon USA Inc. ("Organon

USA"), by way of First Amended Complaint against defendants Duramed Pharmaceuticals, Inc.

("Duramed" and Barr Laboratories, Inc. ("Barr"), by and with leave of Court granted on the

record on June 30, 2003, allege and say:

## THE PARTIES

1.    Plaintiff Savient is a corporation organized under the laws of the State of

Delaware, with offices at One Tower Center, East Brunswick, New Jersey 08816.

2.    Plaintiff Organon Ireland is an Irish corporation, with offices at Drynam Road,

Swords, Dublin, Ireland.

3.    Plaintiff Organon USA is a corporation organized under the laws of the State of

New Jersey, with offices at 375 Mount Pleasant Avenue, West Orange, New Jersey 07052.

4.    Defendant Duramed is a corporation organized under the laws of the State of

Delaware, with offices at 6040 Duramed Drive, Cincinnati, Ohio 46213.

5.    Defendant Barr is a corporation organized under the laws of the State of New

York, with offices at 2 Quaker Road, Pomona, New York 10970.

6.    Upon information and belief, Duramed is a wholly owned subsidiary of Barr.

## JURISDICTION AND VENUE

7.    This is an action for patent infringement arising under the patent laws of the

United States, 35 U.S.C. § 1 *et seq.*

8.    This Court has jurisdiction over the subject matter of this action pursuant to 28

U.S.C. §§ 1331 and 1338(a).

9.    Venue is proper in this District pursuant to 28 U.S.C. §§1391(c) and 1400(b).

## THE PATENT IN SUIT

10.    U.S. Patent RE35,724 ("the '724 patent") was legally and duly issued on February 3, 1998.

11.    Savient has been and continues to be the owner of all right, title, and interest in and to the '724 patent.

12.    Organon Ireland is the exclusive licensee of the '724 patent. The '724 patent covers Mircette® tablets, which are exclusively marketed by Organon USA (an affiliate of Organon Ireland) in the United States.

## COUNT ONE: INFRINGEMENT AGAINST DURAMED AND BARR

13.    Savient, Organon Ireland, and Organon USA repeat the allegations of paragraphs 1 through 12 as if set forth at length herein.

14.    Duramed has filed in the U.S. Food and Drug Administration an Abbreviated New Drug Application ("ANDA"), No. 75-863, for a generic version of Mircette tablets that contained a certification under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act (*i.e.,* a "Paragraph IV certification") with respect to U.S. Patent No. 4,921,843, which reissued as the '724 patent.

15.    On August 1, 2000, Duramed sent a notice of Paragraph IV certification to Organon USA stating, *inter alia,* that Duramed "seeks to obtain approval to engage in the commercial manufacture and sale of its version of Mircette™ Tablets prior to the expiration date of October 20, 2008" which is the date of expiration of the '724 patent.  Organon USA received Duramed's notice of Paragraph IV certification on or about August 8, 2000.

16.    The '724 patent, which covers Mircette tablets, also covers the composition and use of "Kariva," Duramed's generic version of Mircette tablets.

-3-

17.     Duramed and Barr have and continue to make, use, sell, and offer for sale in the United States and in this judicial district an oral birth control product called "Kariva," their generic version of Mircette tablets.

18.     By their aforesaid actions, Duramed and Barr have been and still are infringing the '724 patent, literally and/or under the doctrine of equivalents.

19.     The infringement by Duramed and Barr of the '724 patent has been and will be willful, without license, and carried out with the full knowledge of the '724 patent.

### PRAYER FOR RELIEF

WHEREFORE, plaintiffs Savient, Organon Ireland, and Organon USA respectfully pray that this Court:

a.     issue an injunction enjoining Duramed and Barr, their officers, agents, servants and employees, and those persons in active concert or participation with any of them from making, using, selling, offering for sale, or importing their generic version of Mircette tablets which is the subject of ANDA No. 75-863, and any other generic version of Mircette tablets, prior to the expiration of the '724 patent;

b.     award Savient, Organon Ireland, and Organon USA damages, enhanced, damages, and attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285;

c.     award Savient, Organon Ireland, and Organon USA an assessment of interest and costs; and

    d.      award Savient, Organon Ireland, and Organon USA such other and further relief

as the Court deems just and proper.

                                  KENYON & KENYON

                                    Attorneys for Plaintiffs,
                                    Savient Pharmaceuticals, Inc.
                                    (formerly known as Bio-Technology
                                    General Corp.),
                                    Organon (Ireland) Ltd.,
                                    and Organon USA Inc.

                                By:    _____
                                      RICHARD L. DELUCIA
                                    CHARLES A. WEISS (CW-2628)

DATED:  July 14, 2003



RECEIVED

JUL 1 4 2003

AT 8:30
WILLIAM T. WALSH
CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I caused a copy of the foregoing "First Amended Complaint" to be served on counsel for defendants via DHL overnight delivery as follows:

James S. Richter, Esq.
Winston & Strawn
One Gateway Center
Newark, NJ 07102

Christine J. Siwik, Esq.
Winston & Strawn
35 W. Wacker Drive
Chicago, IL 60601

_____
Charles A. Weiss

DATED:  July 14, 2003