EXECUTION COPY

ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAVIENT PHARMACEUTICALS, INC. (f/k/a Bio-Technology General Corp.), ORGANON (IRELAND) LTD., and ORGANON USA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DURAMED PHARMACEUTICALS, INC., and BARR LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 00-4509 (DMC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED TO by and between the parties hereto pursuant to Fed. R. Civ. P. 41(a)(1)(ii), through their respective counsel of record, that Plaintiffs' claim that Defendants' manufacture, use, sale, offer for sale, or importation of Kariva™ infringes claims 18, 19, 20, and 24 of U.S. Patent No. RE35,724 is dismissed with prejudice, with each party to bear its own costs and attorneys fees.

In January 2005, the parties previously agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the dismissal with prejudice of Plaintiffs' claim that Defendants' manufacture, use, sale, offer for sale, or importation of Kariva™ infringes claims 1, 3, and 4 of U.S. Patent No. RE35,724, leaving no claims for infringement remaining in this action.

                                            **Savient Pharmaceuticals, Inc., Organon (Ireland) Ltd., and Organon USA Inc.**

December 5, 2005                    By: _[signature]_

KENYON & KENYON
Richard L. DeLucia
Richard S. Gresalfi
One Broadway
New York, NY 10004
Phone: (212) 425-7200
Fax: (212) 425-5288

**Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc.**

December ___, 2005               By: _____

WINSTON & STRAWN LLP
George C. Lombardi
Bradley C. Graveline
35 West Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
Fax: (312) 558-5700

RAKOCZY MOLINO MAZZOCHI
  SIWIK LLP
Christine J. Siwik
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Phone: (312) 222-6304
Fax: (312) 222-6324

SO ORDERED: _____
                Dennis M. Cavanaugh, U.S.D.J.

2

**Savient Pharmaceuticals, Inc., Organon (Ireland) Ltd., and Organon USA Inc.**

December ___, 2005          By: _____
                            KENYON & KENYON
                            Richard L. DeLucia
                            Richard S. Gresalfi
                            One Broadway
                            New York, NY 10004
                            Phone: (212) 425-7200
                            Fax: (212) 425-5288

**Duramed Pharmaceuticals, Inc. and Barr Laboratories, Inc.**

December 2, 2005            By: _____
                            WINSTON & STRAWN LLP
                            George C. Lombardi
                            Bradley C. Graveline
                            35 West Wacker Drive
                            Chicago, IL 60601
                            Phone: (312) 558-5600
                            Fax: (312) 558-5700

                            RAKOCZY MOLINO MAZZOCHI
                              SIWIK LLP
                            Christine J. Siwik
                            6 West Hubbard Street, Suite 500
                            Chicago, IL 60610
                            Phone: (312) 222-6304
                            Fax: (312) 222-6324

SO ORDERED: _____
            Dennis M. Cavanaugh, U.S.D.J.

2